UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-142 MJD/~~JGL~~ RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANNTIONETTE D. THORSTAD,<br>Defendant,<br>HUMAN DEVELOPMENT CENTER,<br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Anntionette D. Thorstad, defendant at 221 N. 7th Avenue West, Duluth, MN 55806
Human Development Center, garnishee at 1401 East First Street, Duluth, MN 55805

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 24, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about September 10, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about August 28, 2001, the defendant was personally

(9)

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mb

served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" semi-monthly in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $90.00; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff weekly as they become due and owing.

Dated: 10/12/01

Raymond C Erickson
Magistrate Judge
United States District Court